# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | | |
|---|---|---|
| FIRSTKEY HOMES LLC, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | 1:22-CV-04827-ELR |
| | * | |
| RUBY YAMINI, et al., | * | |
| | * | |
| Defendants. | * | |
| | * | |

_____

# O R D E R

_____

This case is before the Court on Magistrate Judge Justin S. Anand's Final Report and Recommendation ("R&R"). [Doc. 3]. The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." See 28 U.S.C. § 636(b)(1); see also FED. R. CIV. P. 72(b)(3). No objections to the Magistrate Judge's R&R have been filed, and therefore, the Court has reviewed the R&R for clear error. See Thomas v. Arn, 474 U.S. 140, 154 (1985); Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006); see also Tauber v. Barnhart, 438 F. Supp. 2d 1366, 1373 (N.D. Ga. 2006). The Court finds no error.

Accordingly, the Court **ADOPTS** the R&R as the opinion of this Court. [Doc. 3]. For the reasons stated in the R&R, the Court **REMANDS** this case to the Magistrate Court of Fulton County, Georgia.

**SO ORDERED**, this 5th day of January, 2023.

                                                                         _/s/ Eleanor L. Ross_
                                                                         Eleanor L. Ross
                                                                         United States District Judge
                                                                         Northern District of Georgia