**Ciarra Oduka**

| | |
|---|---|
| **From:** | no-reply@efilingmail.tylertech.cloud |
| **Sent:** | Friday, January 6, 2023 9:36 AM |
| **To:** | Ciarra Oduka |
| **Subject:** | Filing Accepted for Case: 22ED206839; FirstKey Homes LLC  vs.  Ruby Yamini,all others; Envelope Number:  11274383 |



# Filing Accepted



Envelope Number: 11274383
Case Number: 22ED206839
Case Style: FirstKey Homes LLC vs. Ruby
Yamini,all others

The filing below was reviewed and has been accepted by the clerk's office. You may access the file stamped copy of the document filed by clicking on the below link.

| Filing Details | |
|---|---|
| **Court** | Fulton County |
| **Case Number** | 22ED206839 |
| **Case Style** | FirstKey Homes LLC vs. Ruby Yamini,all others |
| **Date/Time Submitted** | 1/6/2023 9:32 AM EST |
| **Date/Time Accepted** | 1/6/2023 9:35 AM EST |
| **Accepted Comments** | |
| **Filing Type** | NOTICE |
| **Filing Description** | Order of Remand From United States District Court, Northern GA |
| **Activity Requested** | EFile |
| **Filed By** | Ciarra Oduka |
| **Filing Attorney** | Kevin Weimer |

| Document Details | |
|---|---|
| **Lead Document** | 1-22-cv-04827-ELR.pdf |
| **Lead Document Page Count** | 4 |
| **File Stamped Copy** | [Download Document](Download Document) |
| This link is active for 45 days. | |

**Please Note:** If you have not already done so, be sure to add yourself as a service contact on this case in order to receive eService.

For technical assistance, contact your service provider

Odyssey File & Serve

(800) 297-5377

Please do not reply to this email. It was automatically generated.

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

FIRSTKEY HOMES LLC,        *

         Plaintiff,        *

v.                 *       1:22-CV-04827-ELR

RUBY YAMINI, et al.,      *

         Defendants.      *

> ATTEST: A TRUE COPY
> CERTIFIED THIS
> Date: Jan 06 2023
> KEVIN P. WEIMER, Clerk
> By: s/Ciarra Oduka
> Deputy Clerk

**O R D E R**

      This case is before the Court on Magistrate Judge Justin S. Anand's Final Report and Recommendation ("R&R"). [Doc. 3]. The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." See 28 U.S.C. § 636(b)(1); see also FED. R. CIV. P. 72(b)(3). No objections to the Magistrate Judge's R&R have been filed, and therefore, the Court has reviewed the R&R for clear error. See Thomas v. Arn, 474 U.S. 140, 154 (1985); Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006); see also Tauber v. Barnhart, 438 F. Supp. 2d 1366, 1373 (N.D. Ga. 2006). The Court finds no error.

      Accordingly, the Court **ADOPTS** the R&R as the opinion of this Court. [Doc. 3]. For the reasons stated in the R&R, the Court **REMANDS** this case to the Magistrate Court of Fulton County, Georgia.

**SO ORDERED**, this 5th day of January, 2023.


Eleanor L. Ross
United States District Judge
Northern District of Georgia

4months,CLOSED,ELRLC4

# U.S. District Court
# Northern District of Georgia (Atlanta)
# CIVIL DOCKET FOR CASE #: <u>1:22–cv–04827–ELR</u>

FirstKey Homes LLC v. Yamini et al

Assigned to: Judge Eleanor L. Ross

Case in other court:  Magistrate Court of Fulton County, 22ED206839

Cause: 15:1692 Fair Debt Collection Act

Date Filed: 12/07/2022

Date Terminated: 01/05/2023

Jury Demand: None

Nature of Suit: 230 Rent Lease & Ejectment

Jurisdiction: Federal Question

**<u>Plaintiff</u>**

**FirstKey Homes LLC**

represented by **Elizabeth Cruikshank**
Cruikshank Ersin, LLC
Suite 670
6065 Roswell Road, NE
Atlanta, GA 30328
770–884–8184
Email: beth@cruikshankersin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**<u>Defendant</u>**

**Ruby Yamini**

**<u>Defendant</u>**

**And All Others**

**<u>Defendant</u>**

**Jonisha Wright**

represented by **Jonisha Wright**
811 Lake Chase
Fairburn, GA 30213
PRO SE

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 12/07/2022 | <u>1</u> | | APPLICATION for Leave to Proceed in forma pauperis by Jonisha Wright. (Attachments: # <u>1</u> Notice of Removal, # <u>2</u> Civil Cover Sheet)(jra) (Entered: 12/09/2022) |
| 12/09/2022 | | | Submission of <u>1</u> APPLICATION for Leave to Proceed in forma pauperis for IFP and Frivolity Determination to Magistrate Judge Justin S. Anand. (jra) (Entered: 12/09/2022) |
| 12/09/2022 | <u>2</u> | | NOTICE OF REMOVAL with COMPLAINT filed by And All Others, Ruby |

1

| | | |
|---|---|---|
| | | Yamini, Jonisha Wright. (Attachments: # 1 Civil Cover Sheet)(ceo) Please visit our website at http://www.gand.uscourts.gov/commonly–used–forms to obtain Pretrial Instructions and Pretrial Associated Forms which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 12/09/2022) |
| 12/09/2022 | 3 | ORDER & FINAL REPORT AND RECOMMENDATION re 2 Notice of Removal: Wright's Application to Proceed in District Court without Prepaying Fees or Costs 1 is GRANTED, for the reasons discussed, the Court RECOMMENDS that this action be REMANDED to the Magistrate Court of Fulton County, Georgia. As this is a Final Report and Recommendation, there is nothing further in this action pending before the undersigned. Accordingly, the Clerk is DIRECTED to terminate the reference of this matter to the undersigned. Signed by Magistrate Judge Justin S. Anand on 12/9/22. (ceo) (Entered: 12/09/2022) |
| 12/09/2022 | 4 | ORDER for Service of 3 Final Report and Recommendation, by Magistrate Judge Justin S. Anand. Each party may file written objections to the Report & Recommendation within 14 days of service. If no objections are filed, the Report & Recommendation may be adopted as the opinion and order of the District Court. Signed by Magistrate Judge Justin S. Anand on 12/9/22. (ceo) (Entered: 12/09/2022) |
| 12/09/2022 | | Clerk's Certificate of Mailing as to Jonisha Wright re 4 Order for Service of Report and Recommendation, 3 FINAL REPORT AND RECOMMENDATION. (ceo) (Entered: 12/09/2022) |
| 12/15/2022 | 5 | NOTICE FROM THE COURT: INSTRUCTIONS FOR CIVIL CASES ASSIGNED TO THE HONORABLE ELEANOR L. ROSS. (mlb) (Entered: 12/15/2022) |
| 12/15/2022 | | Clerk's Certificate of Mailing to Jonisha Wright as to Jonisha Wright re 5 Order. (mlb) (Entered: 12/15/2022) |
| 01/05/2023 | 6 | ORDER: The Court ADOPTS the R&R as the opinion of this Court. 3 . For the reasons stated in the R&R, the Court REMANDS this case to the Magistrate Court of Fulton County, Georgia. Signed by Judge Eleanor L. Ross on 1/5/23. (ceo) (Entered: 01/06/2023) |
| 01/05/2023 | | Civil Case Terminated. (ceo) (Entered: 01/06/2023) |
| 01/06/2023 | | Clerk's Certificate of Mailing as to Jonisha Wright re 6 Order on Final Report and Recommendation. (ceo) (Entered: 01/06/2023) |